UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| JEFFERY GUTHRIE, KAREN TURNER, RI REED II, RITA WISHOM, and ROSEMARIE GONZALES<br><br>    Plaintiffs,<br> v.<br><br>ACE CASH EXPRESS, INC.,<br><br>    Defendant. | Case No. 7:17-cv-295 |

## NOTICE OF SETTLEMENT

TO THE HONORABLE MICAELA ALVAREZ:

  The parties have reached an agreement in principle to settle all pending claims in this action. The parties are working diligently to draft a final settlement agreement, and respectfully request the Court defer its ruling on matters with deadlines pending under the Scheduling Order.

              Respectfully submitted,

              **HUGHES ELLZEY, LLP**

              */s/ W. Craft Hughes*
              W. Craft Hughes
              Jarrett L. Ellzey
              Deola T. Ali
              2700 Post Oak Blvd., Ste. 1120
              Houston, TX 77056
              Phone: (713) 554-2377
              Fax: (888) 995-3335
              E-Mail: craft@hughesellzey.com
                  jarrett@hughesellzey.com
                  deola@hughesellzey.com

**OF COUNSEL:**

Bryant Fitts
**FITTS LAW FIRM, PLLC**
2700 Post Oak Blvd., Suite 1120
Houston, TX 77056
Phone: (713) 871-1670
Fax: (713) 583-1492
E-Mail: bfitts@fittslawfirm.com

                    **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2017, the foregoing document was filed with the CM/ECF system, which automatically served a copy of the same upon all parties.

                                                */s/ W. Craft Hughes*
                                                W. Craft Hughes