United States District Court
Southern District of Texas
**ENTERED**
December 28, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JEFFERY GUTHRIE, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-295 |
| | § § | |
| ACE CASH EXPRESS, INC., | § § | |
| Defendant. | § | |

# ORDER

The Court now considers the stipulation of dismissal filed in this case.[1] Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for dismissal without a court order when the stipulation of dismissal is signed by all parties who have appeared.[2] Here, the stipulation of dismissal is signed by all parties who have appeared,[3] and the parties stipulate to dismiss *with prejudice*.[4] Thus, the case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 28th day of December, 2017.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 17.
[2] Fed. R. Civ. P. 41(a)(1)(A)(ii).
[3] Dkt. No. 17, at p. 1.
[4] *Id.* at p. 1.